**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1626**

_____

JOHN R. CLARK,

        Plaintiff - Appellant,

     v.

BENJAMIN F. CLARK, JR.; MORGAN WILLIAMS; USH CORPORATION; ANY INSURANCE/BOND COMPANY WITH USH CORP.,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Max O. Cogburn, Jr., District Judge. (3:25-cv-00064-MOC-SCR)

_____

Submitted: October 30, 2025              Decided: November 3, 2025

_____

Before RUSHING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed as modified by unpublished per curiam opinion.

_____

John R. Clark, Appellant Pro Se. Edward A. Jesson, JESSON & RAINS, PLLC, Charlotte, North Carolina; James Galvin, THURMAN, WILSON, BOUTWELL & GALVIN, Charlotte, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John R. Clark appeals the district court's order dismissing his civil complaint with prejudice for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order, *Clark v. Clark*, No. 3:25-cv-00064-MOC-SCR (W.D.N.C. May 20, 2025), as modified to reflect that the dismissal of Clark's complaint is without prejudice, *see S. Walk at Broadlands Homeowner's Ass'n v. OpenBand at Broadlands, LLC*, 713 F.3d 175, 185 (4th Cir. 2013) ("A dismissal for lack of…subject matter jurisdiction…must be one without prejudice, because a court that lacks jurisdiction has no power to adjudicate and dispose of a claim on the merits."). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*